# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

In re:      )

New Dawn Assisted Living Holding Co, LLC      )

     )

     )

     )

     )

     )

Debtor )

     )

CASE NO. 2:15-bk-15085-DPC

**BUSINESS AND INDUSTRY**
**MONTHLY OPERATING REPORT**

MONTH OF _____ June-16

DATE PETITION FILED: _____ 11/25/2015

TAX PAYER ID NO. : _____ 20-5345213

Nature of Debtor's Business: _____ Not Applicable

DATE DISCLOSURE STATEMENT FILED _____ TO BE FILED _____

DATE PLAN OF REORGANIZATION FILED _____ TO BE FILED _____

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING MONTHLY OPERATING REPORT AND
THE ACCOMPANYING ATTACHMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

**RESPONSIBLE PARTY:**

ORIGINAL SIGNATURE OF RESPONSIBLE PARTY

Mgr/CEO/Pres
TITLE

Dennis R. Haydon
PRINTED NAME OF RESPONSIBLE PARTY

7/11/2016
DATE

**PREPARER:**

ORIGINAL SIGNATURE OF PREPARER

CFO
TITLE

Elayne Schermerhorn
PRINTED NAME OF PREPARER

7/11/2016
DATE

PERSON TO CONTACT REGARDING THIS REPORT: Elayne Schermerhorn

PHONE NUMBER: 267-229-9523

ADDRESS: 19 Sandy Run Road
Yardley, PA      19067

FILE ORIGINAL REPORT ELECTRONICALLY WITH THE COURT

Case Number: 2:15-bk-15085-DPC

| | BANK ACCOUNTS | | | | |
|---|---|---|---|---|---|
| | Cash | Operating | Payroll | Tax | Total |
| | N/A | #9354 | N/A | N/A | |
| Balance at Beginning of Period | | 71588.31 | | | 71588.31 |
| **RECEIPTS** | | | | | |
| Cash Sales | | 0 | | | 0 |
| Accounts Receivable | | 0 | | | 0 |
| Loans and Advances | | 0 | | | 0 |
| Sale of Assets | | 0 | | | 0 |
| | | | | | |
| Transfers from Other DIP Accounts | | 0 | | | 0 |
| | | | | | |
| Other (attach list) | | 0 | | | 0 |
| Refunds | | | | | |
| TOTAL RECEIPTS | | 0 | | | 0 |
| **DISBURSEMENTS** | | | | | |
| Business - Ordinary Operations | | 32847.1 | | | 32847.1 |
| Capitol Improvements | | 0 | | | 0 |
| Pre-Petition Debts | | 0 | | | 0 |
| Transfers to Other DIP Accounts | | 0 | | | 0 |
| Other (attach list) | | 0 | | | 0 |
| Refund Dip Financing | | 0 | | | 0 |
| | | | | | |
| **Reorganization Expenses:** | | | | | |
| Attorney Fees | | 0 | | | 0 |
| Accountant Fees | | 0 | | | 0 |
| Other Professional Fees | | 0 | | | 0 |
| U. S. Trustee Quarterly Fee | | 0 | | | 0 |
| Court Costs | | 0 | | | 0 |
| | | | | | |
| TOTAL DISBURSEMENTS | | 32847.1 | | | 32847.1 |
| **Balance at End of Month** | | 38741.21 | | | 38741.21 |

*Information provided above should reconcile with balance sheet and income statement amounts

| | |
|---|---|
| Total Disbursements From Above | 32847.1 |
| **Less:** Transfers to Other DIP Accounts | |
| **Plus:** Estate Disbursements Made by Outside Sources (payments from escrow; 2-party check; related parties; etc. | 0 |
| Total Disbursements for Calculating Quarterly Fees | 32847.1 |

Page 2

# INCOME STATEMENT

(Accrual Basis)

**See Attached**

*Debtor's own form may be substituted if (1) it is prepared in accordance with generally accepted accounting principals,
(2) year-to-date and filing-to-date information is provided, and (3) if reorganization expenses are segregated in the statement.

| REVENUES | Current Month | Year to Date | Total Since Filing |
|---|---|---|---|
| Gross Revenue | | | |
| Less: Returns & Discounts | | | |
| Net Revenue | | | |

| COST OF GOODS SOLD | | | |
|---|---|---|---|
| Material | | | |
| Direct Labor | | | |
| Direct Overhead (attach detail) | | | |
| Total Cost of Goods Sold | | | |

| GROSS PROFIT | | | |
|---|---|---|---|

| OPERATING EXPENSES | | | |
|---|---|---|---|
| Officer/Insider Compensation | | | |
| Selling & Marketing (attach detail) | | | |
| General & Administrative (attach detail) | | | |
| Other Expenses (attach detail) | | | |
| Total Operating Expenses | | | |

| Income Before Non-operating Income and Expense | | | |
|---|---|---|---|

| OTHER INCOME & EXPENSE | | | |
|---|---|---|---|
| Other Income (attach list) | | | |
| Other Expense (attach list) | | | |
| Interest Expense | | | |
| Depreciation/Depletion | | | |
| Amortization | | | |
| Net Other Income & Expense | | | |

| Income Before Reorganization Expense | | | |
|---|---|---|---|

| REORGANIZATION EXPENSES | | | |
|---|---|---|---|
| Professional Fees | | | |
| U.S. Trustee Fees | | | |
| Other (attach list) | | | |
| Total Reorganization Expenses | | | |

| Income Tax | | | |
|---|---|---|---|

| NET PROFIT OR (LOSS) | | | |
|---|---|---|---|

Page 3

# New Dawn Assisted Living Holding Co LLC
## Profit & Loss Budget Comparison
### June 30, 2016

Reporting Book:        ACCRUAL
As of Date:        06/30/2016
Location:        New Dawn Assisted Living Holding Co LLC

| | Month Ending 06/30/2016 | Year to Date 06/30/2016 |
|---|---|---|
| | Actual | Actual |
| Ordinary Income/Expense | | |
| Income | | |
| 4000.01 - Misc Income | 0.00 | 14.73 |
| Total Income | 0.00 | 14.73 |
| Expense | | |
| Total - Payroll & Related (incl Fringe Benefits) | 6,843.42 | 168,633.55 |
| Total Administrative | 0.00 | 42,214.38 |
| Advertising/Marketing | | |
| Total Advertising/Marketing | 0.00 | 23,957.00 |
| 5800.00 - Equipment Rental | 0.00 | 1,811.26 |
| 5800.10 - Equipment Rental:Copier | 0.00 | 752.54 |
| Total Equipment Rental | 0.00 | 2,563.80 |
| Insurance | | |
| 6180.00 - Insurance | 0.00 | 58,261.78 |
| 6180.01 - Insurance Health Premium Member | 0.00 | 4,170.52 |
| 6182.00 - Insurance:Property Insurance | 18,142.56 | 19,570.63 |
| 6183.00 - Insurance:General/Professional Liability | 1,032.00 | 2,943.44 |
| Total Insurance | 19,174.56 | 84,946.37 |
| Professional Fees | | |
| 6262.00 - Professional Fees:Legal | (50,000.00) | 5,000.00 |
| 6263.00 - Professional Fees:IT support | 0.00 | 5,833.33 |
| 6265.00 - Rent Expense | 0.00 | 10,267.32 |
| Total Professional Fees | (50,000.00) | 21,100.65 |
| Repairs & Maintenance | | |
| 6300.00 - Repairs & Maintenance | 0.00 | 6,638.00 |
| 6300.35 - R & M: Alarm & Detection Monitoring | 0.00 | 2,926.02 |
| 6300.40 - R & M:Fire Sprinkler, Extinguisher Test & | 0.00 | 3,523.26 |
| 5700.00 - Exterminating | 0.00 | 645.42 |
| Total Repairs & Maintenance | 0.00 | 13,732.70 |
| Office Supplies | | |
| 6580.00 - Office Supplies | 0.00 | 259.97 |
| 6580.10 - Office Supplies:Copier Paper/Ink | 0.00 | 151.28 |
| Total Office Supplies | 0.00 | 411.25 |
| Telephone | | |
| 6340.00 - Telephone | 0.00 | 13,157.91 |
| 6340.21 - Telephone/Internet-Cbeyond-Scottsdale | 0.00 | 378.13 |
| 6340.40 - Telephone:Pots Line-Alarm | 0.00 | 2,547.07 |
| Total Telephone | 0.00 | 16,083.11 |
| Travel | | |
| 6380.00 - Travel | 0.00 | 15,540.91 |
| 6381.00 - Travel:Meals & Ent-50% | 0.00 | 1,318.77 |

| | | |
|---|---:|---:|
| 6381.05 - Travel-Fuel | 0.00 | 34.18 |
| 6382.00 - Travel:Mileage Reimbursement | 1,151.52 | 9,387.44 |
| 6383.00 - Travel:Air Travel | 0.00 | 613.48 |
| 6385.00 - Travel:Car Rental/Taxi/Limo | 0.00 | 1,758.13 |
| 6386.00 - Travel:Parking/Tolls | 0.00 | 32.00 |
| 6387.00 - Travel:Lodging | 0.00 | 123.49 |
| Total Travel | 1,151.52 | 28,808.40 |
| **Utilities** | | |
| 6390.00 - Utilities | 0.00 | 7,531.33 |
| 6390.10 - Utilities:Electric & Gas | 0.00 | 19,459.75 |
| 6390.20 - Utilities:Water & Sewer | 0.00 | 2,275.47 |
| 6390.30 - Utilities:Cable | 0.00 | 293.73 |
| Total Utilities | 0.00 | 29,560.28 |
| Total Expense | (23,030.50) | 432,011.49 |
| Net Ordinary Income | (23,030.50) | (431,996.76) |

# COMPARATIVE BALANCE SHEET

**SEE ATTACHED**

(Accrual Basis)

*Debtor's own form may be substituted if (1) it is prepared in accordance with generally accepted accounting principals, (2) current and prior period information is provided, and (3) if pre-petition and post-petition liabilities are segregated.

| ASSETS | SCHEDULE AMOUNT[1] | CURRENT MONTH | PRIOR MONTH |
|---|---|---|---|
| Unrestricted Cash | | | |
| Restricted Cash | | | |
| Total Cash | | | |
| Accounts Receivable (net) | | | |
| Inventory | | | |
| Notes Receivable | | | |
| Prepaid Expenses | | | |
| Other (attach list) | | | |
| Total Current Assets | | | |
| Property, Plant & Equipment | | | |
| Less: Accumulated Depreciation | | | |
| Net Property, Plant & Equip. | | | |
| Due From Insider(s) | | | |
| Other Assets - net (attach list) | | | |
| Other (attach list) | | | |
| TOTAL ASSETS | | | |
| POST-PETITION LIABILITIES | | | |
| Accounts Payable | | | |
| Taxes Payable | | | |
| Notes Payable | | | |
| Professional Fees | | | |
| Secured Debt | | | |
| Other (attach list) | | | |
| Total Post-Petition Liabilities | | | |
| PRE-PETITION LIABILITIES | | | |
| Secured Debt | | | |
| Priority Debt | | | |
| Unsecured Debt | | | |
| Other (attach list) | | | |
| Total Pre-Petition Liabilities | | | |
| TOTAL LIABILITIES | | | |
| EQUITY | | | |
| Pre-petition Owner's Equity | | | |
| Post-Petition Cumulative Profit/Loss | | | |
| Direct Charges to Equity (explain) | | | |
| Total Equity | | | |
| TOTAL LIABILITIES & OWNER'S EQUITY | | | |

[1] This column should reflect the information provided in Schedules A, B, C, D, E, and F filed with the Court

Page 4

# New Dawn Assisted Living Holding Co LLC
## Balance Sheet
### As of June 30, 2016

**ASSETS**

Current Assets
  Checking/Savings

| | |
|---|---:|
| Chase Bank | (492.19) |
| Amex -1005 ES | (44,265.75) |
| Alliance Bank of Arizona | 30,216.80 |
| Loans and Exchange | (1,863.49) |
| Total Checking/Savings | (16,404.63) |

Other Current Assets

| | |
|---|---:|
| Due from Development Co LLC | (159,422.98) |
| Due from Management Co LLC | (68,505.00) |
| Due from NDAL Real Estate # 2 | 730.00 |
| Due from NDAL Real Estate # 5 | 293,655.14 |
| Due from NDAL Real Estate # 6 | (28,005.85) |
| Due from NDAL Real Estate # 15 | (141,853.65) |
| Due from NDAL Real Estate # 19 | 39,743.59 |
| Due from NDAL Operating Co # 2 | 500.00 |
| Due from NDAL Operating Co # 5 | 325,670.13 |
| Due from NDAL Operating Co # 6 | 56,541.38 |
| Due from NDAL Operating Co # 15 | 9,843.91 |
| Due from NDAL Operating Co # 19 | 17,693.34 |
| Due from NDAL Operating Co # 24 | 689,037.15 |
| Prepaid Expense | 100,651.70 |
| Prepaid Insurance | 15,749.28 |
| Prepaid Rent | 13,182.36 |
| Total Other Current Assets (Accts) | 1,165,210.50 |

| | |
|---|---:|
| Total Other Current Assets | 1,165,210.50 |
| Total Current Assets | 1,148,805.87 |

Other Assets

| | |
|---|---:|
| Due from Development Co LLC | 711,657.50 |
| Due From Management Co LLC | 3.00 |
| Due from NDAL Real Estate # 2 | 208,799.73 |
| Due from NDAL Real Estate # 5 | 103,000.00 |
| Due from NDAL Real Estate # 6 | 96,293.47 |
| Due from NDAL Operating Co # 5 | 394,334.18 |
| Due From NDAL Operating Co # 6 | 52,620.67 |
| Due From D. Daumit | 70,000.00 |
| Due from Other-BJ | 50,000.00 |
| Loan Receivable - Ronice Daumit | 5,000.00 |
| Investment in New Dawn Projects | 7,307,915.01 |
| Investment in ND Projects-Operating #5 | (1,812,365.48) |
| Investment in ND Projects-Operating #6 | (158,334.09) |
| Investment in ND Projects-Operating #24 | (614,439.74) |
| NDAL Projects: B. Scherman Buyout | 458,250.00 |
| NDAL Projects NDAL OP#24 (was New Aurora) | 550,316.00 |
| NDAL Projects NDAL OP#24 (was New Aurora) Dist Rec'd | (4,287,150.00) |
| NDAL Projects NDAL OP#24 (was New Aurora) OP#24 | (762,047.83) |
| NDAL Projects NDAL OP#24 (was New Aurora) RE#24 | (308,300.18) |
| Investment in ND Projects-Real Estate #2 | 1,123,667.21 |
| Investment in ND Projects-Real Estate #5 | (1,513,652.26) |
| Investment in ND Projects-Real Estate #6 | 1,233,257.11 |

# New Dawn Assisted Living Holding Co LLC
## Balance Sheet
### As of June 30, 2016

| | |
|---|---:|
| Investment in ND Projects-Real Estate #15 | 876,795.06 |
| Investment in ND Projects-Real Estate #19 | 1,167,370.85 |
| Investments in SABRA Health | 827,595.00 |
| Security Deposits | 2,500.00 |
| Total Other Assets (Accts) | 5,783,085.21 |

**Fixed Assets**

| | |
|---|---:|
| Fixed Assets-Building Improvements | 1,375.00 |
| Fixed Assets-IT Equipment & Wiring | 2,562.25 |
| Fixed Assets-Furniture & Fixtures | 5,651.19 |
| Fixed Assets-Machinery & Equipment | 4,556.97 |
| Fixed Assets-Computers & Equipment | 23,669.11 |
| Fixed Assets-Vehicle | 91,788.83 |
| Fixed Assets-Accumulated Deptreciation-Building Improvements | (1,201.00) |
| Fixed Assets-Accumulated Depreciation-IT Equipment & Wiring | (1,701.00) |
| Fixed Assets-Accumulated Depreciation-Furniture & Fixtures | (2,930.00) |
| Fixed Assets-Accumulated Depreciation-Machinery & Equipment | (3,026.00) |
| Fixed Assets-Accumulated Depreciation-Computer | (13,677.00) |
| Accumulated Depreciation-Vehicle | (9,273.00) |
| Total Fixed Assets | 97,795.35 |

**Project Costs**

| | |
|---|---:|
| Project Start up Costs Postopen OP#5 | 59,600.00 |
| Project Start up Costs Postopen Acc Amort OP#5 | (8,277.00) |
| Project Start up Costs Postopen RE#5 | 536,390.00 |
| Project Start up Costs Postopen Acc Amor RE#5 | (74,499.00) |
| Project Start up Costs Preopen OP#24 | 561,133.00 |
| Project Start Up Costs Pre-Open Amort #24 | (37,409.00) |
| Project Start up Costs Preopen RE#19 | 180,031.00 |
| Project Start up Costs Preopen RE#2 | 180,031.00 |
| Project Startup Costs Preopen RE#15 | 214,160.00 |
| Project Startup Costs Preopen RE#6 | 131,227.00 |
| Startup Costs Accumulated | 8,963,318.73 |
| Startup Costs Allocated | (8,963,319.00) |
| Total Project Costs | 1,742,386.73 |
| | |
| Total Other Assets | 7,623,267.29 |

| | |
|---|---:|
| **TOTAL ASSETS** | **8,772,073.16** |

## LIABILITIES & EQUITY

Liabilities
  Current Liabilities
    Accounts Payable

| | |
|---|---:|
| Accounts Payable | 1,051,672.91 |
| DIP from Investors | 399,840.00 |
| Total Accounts Payable | 1,451,512.91 |

Other Current Liabilities

| | |
|---|---:|
| Loans Payable-ST | 100,000.00 |
| Loan Payable - Jeff Bailey | 400,000.00 |
| Accrued Expenses | 2,500.00 |
| Due to Holding Co #2 LLC | (1,340.00) |
| Due to Development Co LLC | (459,998.07) |

# New Dawn Assisted Living Holding Co LLC
## Balance Sheet
### As of June 30, 2016

| | |
|---|---:|
| Due to Management Co LLC | (20,346.75) |
| Due to New Aurora LLC | 10,000.00 |
| Due to NDAL Real Estate # 2 | 82,427.95 |
| Due to NDAL Real Estate # 5 | (218,936.43) |
| Due to NDAL Real Estate # 6 | 500.00 |
| Due to NDAL Real Estate # 15 | 322,709.25 |
| Due to NDAL Real Estate # 19 | 446,801.81 |
| Due to NDAL Operating Co # 2 | 500.00 |
| Due to NDAL Operating Co # 5 | (80,490.34) |
| Due to NDAL Operating Co # 6 | 226,929.08 |
| Due to NDAL Operating Co # 15 | 1,287.33 |
| Due to NDAL Operating Co # 19 | 1,247.92 |
| Due to NDAL Operating Co # 24 | 910,474.02 |
| Total Other Current Liabilities (Accts) | 1,724,265.77 |
| | |
| Payroll Liabilities | |
| Payroll Liabilities | 31,070.01 |
| Payroll Liabilities: Colorado State Withholding Tax | 325.00 |
| Payroll Liabilities: CO-Occupational Privelege Tax | 8.00 |
| Payroll Liabilities: CO-SUI payable | (32.93) |
| Payroll Liabilities-AZ SUI | 140.00 |
| Payroll Liabilities: Required Emp child support pay | 50.00 |
| Payroll Liabilities: Federal Unemployment payable | (243.26) |
| Payroll Liabilities: Garnishment payable-BPCT | (4,551.02) |
| Payroll Liabilities: EE Garnishment Payable | 280.10 |
| Payroll Liabilities-AZ Withholding | 1,533.05 |
| Total Payroll Liabilities | 28,578.95 |
| | |
| Total Other Current Liabilities | 1,752,844.72 |
| | |
| Total Current Liabilities | 3,204,357.63 |
| | |
| Long Term Liabilities | |
| Due to Development Co LLC | 322,159.28 |
| Due to Management Co LLC | 45,502.00 |
| Due to NDAL Real Estate # 5 | 5,279,694.00 |
| Due to NDAL Operating Co # 24 | 1,258,113.18 |
| Loan Payable- Jeff Bailey | 700,000.00 |
| Loans Payable-LR Financial Group | 70,677.15 |
| Total Long Term Liabilities | 7,676,145.61 |
| | |
| Total Liabilities | 10,880,503.24 |
| | |
| Equity | |
| Capital Contributed | |
| Capital Contributed-HoldCo-Class A-CJ Myers Trust FBO Nicholas Myers | (2,478.69) |
| Capital Contributed-HoldCo-Class A-CJ Myers Trust FBO Sarah Myers | (2,478.69) |
| Capital Contributed-HoldCo-Class A-Tim Buckley | (10,481.76) |
| Capital Contributed-HoldCo-Class A-Tony Trantas | (17,566.17) |
| Capital Contributed-HoldCo-Class A-William Alms | (3,467.69) |
| Capital Contributed-HoldCo-Class B-Alan & Susan Reed | 257,710.62 |
| Capital Contributed-HoldCo-Class B-Asja & Harlan Adams | 24,585.06 |
| Capital Contributed- HoldCo-Class B -Atul & Bina Kanajat | 61,462.15 |
| Capital Contributed-HoldCo-Class B-Bretton J. Bolt | 128,440.31 |
| Capital Contributed-HoldCo-Class B-Bruce Pitts | 12,286.03 |

# New Dawn Assisted Living Holding Co LLC
## Balance Sheet
### As of June 30, 2016

| | |
|---|---:|
| Capital Contributed-HoldCo-Class B-Carl Mauck Rev Trust | 61,447.15 |
| Capital Contributed-HoldCo-Class B-Chad & Laura Gray | 19,670.45 |
| Capital Contributed-HoldCo-Class B-Charles Hikes III Living Trust | 61,462.15 |
| Capital Contributed-HoldCo-Class B-Cheshire Holdings Inc 5% | 98,819.25 |
| Capital Contributed-HoldCo-Class B-Chris Marian LLC | 98,340.25 |
| Capital Contributed-HoldCo-Class B-Dennis Hopkins | 14,750.84 |
| Capital Contributed-HoldCo-Class B-Dianne Curtis | 24,585.06 |
| Capital Contributed-HoldCo-Class B-DKMMJM Family LLP | 98,340.25 |
| Capital Contributed-HoldCo-Class B-Donna Ingram | 19,667.45 |
| Capital Contributed-HoldCo-Class B-Donna Smith Revocable Living Trust | 200,318.50 |
| Capital Contributed-HoldCo-Class B-James & Casey Margard | 122,959.31 |
| Capital Contributed-HoldCo-Class B-John & Jodi Whiteman | 17,210.64 |
| Capital Contributed-HoldCo-Class B-Joseph Vitulli | 49,169.12 |
| Capital Contributed-HoldCo-Class B-Kristen Morford | 36,877.09 |
| Capital Contributed-HoldCo-Class B-Leslie Jody Epperson | 73,755.19 |
| Capital Contributed-HoldCo-Class B-Mary Jo Kraft | 24,590.06 |
| Capital Contributed-HoldCo-Class B-Michael & Ann-Marie Hudak | 151,699.12 |
| Capital Contributed-HoldCo-Class B-MTC Investment (Pistorio) | 580,456.45 |
| Capital Contributed-HoldCo-Class B-Myra Gamburg Trust | 19,670.45 |
| Capital Contributed-HoldCo-Class B-Nicolls Family LLP | 24,585.06 |
| Capital Contributed-HoldCo-Class B-Pamela Anderson | 27,050.87 |
| Capital Contributed-HoldCo-Class B-Paul & Nancy Dijulio | 17,208.64 |
| Capital Contributed-HoldCo-Class B-Peter & Vasiliki Vretakos | 177,599.43 |
| Capital Contributed-HoldCo-Class B-Pierce & Elaine Scrant | 24,585.06 |
| Capital Contributed-HoldCo-Class B-Restorer LLC | 78,135.84 |
| Capital Contributed-HoldCo-Class B-Richard & Leslie Meagley | 19,670.45 |
| Capital Contributed-HoldCo-Class B-Roger & Kathleen Nelson | 36,877.09 |
| Capital Contributed-HoldCo-Class B-S.W. Robinson 2009 ESBT Trust | 190,195.15 |
| Capital Contributed-HoldCo-Class B-Sharon Mauck Trust | 61,447.15 |
| Capital Contributed-HoldCo-Class B-Stephen & Jeanne Robinson | (12,005.97) |
| Capital Contributed-HoldCo-Class B-Susan Kingbury | 14,750.84 |
| Capital Contributed-HoldCo-Class B-Temple Huband LLC | 24,620.06 |
| Capital Contributed-HoldCo-Class B-Temple Law Firm PLLC | 122,851.31 |
| Capital Contributed-HoldCo-Class B-The Cleaning Auth FBOJ Robinson | 45,837.51 |
| Capital Contributed-HoldCo-Class B-VAAM Trust Sears Ttee | 14,750.84 |
| Capital Contributed-HoldCo-Class B-Wayne & Roberta Wallace | 24,585.06 |
| Capital Contributed-HoldCo-Class B-William & Suzanne G Dragon Living Trust | 49,169.12 |
| Capital Contributed-Hold Co-Class C-David Daumit | (5,045,060.85) |
| Preferred Equity Colorado Springs-SABRA | 1,724,316.00 |
| Value Option- Sabra-Colorado Springs | 1,000,000.00 |
| **Total Capital Contributed** | 842,968.61 |
| | |
| Opening Bal Equity | (1,075,968.19) |
| Unrealized Gains on Investments | 102,184.31 |
| Earnings/Deficit Retained | (1,505,496.43) |
| Net Income | (472,118.38) |
| | |
| **Total Equity** | (2,108,430.08) |
| | |
| **TOTAL LIABILITIES & EQUITY** | **8,772,073.16** |

# STATUS OF ASSETS

*Information provided on this page should reconcile with balance sheet amounts

| ACOUNTS RECEIVABLE | TOTAL | 0-30 Days | 31-60 Days | 60+ Days |
|---|---|---|---|---|
| Total Accounts Receivable | 0 | | | |
| Less Amount Considered Uncollectible | 0 | | | |
| Net Accounts Receivable | 0 | | | |

| DUE FROM INSIDER | |
|---|---|
| Schedule Amount | 0 |
| Plus: Amount Loaned Since Filing Date | 0 |
| Less: Amount Collected Since Filing Date | 0 |
| Less: Amount Considered Uncollectible | 0 |
| Net Due From Insiders | 0 |

| INVENTORY | |
|---|---|
| Beginning Inventory | 0 |
| Plus: Purchases | 0 |
| Less: Cost of Goods Sold | 0 |
| Ending Inventory | 0 |

Date Last Inventory was taken: _____

| FIXED ASSETS | SCHEDULE AMOUNT | ADDITIONS | DELETIONS | CURRENT BOOK AMOUNT |
|---|---|---|---|---|
| Real Property | 0 | 0 | 0 | 0 |
| Buildings | 0 | 0 | 0 | 0 |
| Accumulated Depreciation | 0 | 0 | 0 | 0 |
| Net Buildings | 0 | 0 | 0 | 0 |
| Equipment | 0 | 0 | 0 | 0 |
| Accumulated Depreciation | 0 | 0 | 0 | 0 |
| Net Equipment | 0 | 0 | 0 | 0 |
| Autos/Vehicles | 0 | 0 | 0 | 0 |
| Accumulated Depreciation | 0 | 0 | 0 | 0 |
| Net Autos/Vehicles | 0 | 0 | 0 | 0 |

Provide a description of fixed assets added or deleted during the reporting period; include the date of Court order:

None

Page 5

# STATUS OF LIABILITIES
# AND SENSITIVE PAYMENTS

*Information provided on this page should reconcile with balance sheet and disbursement detail amounts

| POST-PETITION LIABILITIES | TOTAL | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days |
|---|---|---|---|---|---|
| Accounts Payable * | 54169.22 | 0 | 0 | 34844.33 | 19324.89 |
| Taxes Payable | 0 | 0 | 0 | 0 | 0 |
| Notes Payable | 0 | 0 | 0 | 0 | 0 |
| Professional Fees Payable | 0 | 0 | 0 | 0 | 0 |
| Secured Debt | 0 | 0 | 0 | 0 | 0 |
| Other (attach list) | 0 | 0 | 0 | 0 | 0 |
| | | | | | |
| Total Post-Petition Liabilities | 0 | 0 | 0 | 0 | 0 |

*DEBTOR MUST ATTACH AN AGED ACCOUNTS PAYABLE LISTING

## PAYMENTS TO INSIDERS AND PROFESSIONALS

| Insiders | | | |
|---|---|---|---|
| Name | Reason for Payment | Amount Paid this Month | Total Paid to Date |
| None | | | |
| | | | |
| | | | |
| | | | |
| Total Payments to Insiders | | | |

| Professionals | | | | |
|---|---|---|---|---|
| Name | Date of Court Order Authorizing Payment | Amount Aproved | Amount Paid this Month | Total Paid to Date |
| None | | | | |
| | | | | |
| | | | | |
| Total Payments to Proffessionals | | | | |

Page 6

Company Name: New Dawn Assisted Living Holding Co LLC
Report Name: Vendor Aging Report
As of Date: 5/31/2016
Created On: 6/14/2016
Location: HC--New Dawn Assisted Living Holding Co LLC
As of Date: 05/31/2016

| Vendor ID | Vendor Name | Bill # | Bill Date | 0-30 | 31-60 | 61-90 | 91- | Total |
|---|---|---|---|---|---|---|---|---|
| ADP-PR | ADP, Inc. | 490847797 | 11/30/2015 | 0 | 0 | ; | 74.76 | 74.76 |
| | | 4662746576 | 1/1/2016 | 0 | 0 | ; | 58.86 | 58.86 |
| Total for ADP-PR | | | | 0.00 | 0.00 | 0.01 | 133.62 | 133.62 |
| ADT | ADT Security Service | 401577626 | 1/1/2016 | 0 | 0 | ; | 57.99 | 57.99 |
| | | 401577616 3, | 2/23/2016 | 0 | 0 | ; | 57.99 | 57.99 |
| Total for ADT | | | | 0.00 | 0.00 | 0.01 | 115.98 | 115.98 |
| AETNA | Aetna-Health,vision,dental | H1445501 | 1/15/2016 | 0 | 0 | ; | 2,348.44 | 2,348.44 |
| Total for AETNA | | | | 0.00 | 0.00 | 0.01 | 2,348.44 | 2,348.44 |
| APLACEF | A Place for Mom, Inc. | 8515 | 12/1/2015 | 0 | 0 | ; | 30 | 30 |
| Total for APLACEF | | | | 0.00 | 0.00 | 0.01 | 30.00 | 30.00 |
| APS | APS | 262066285 1; | 2/3/2016 | 0 | 0 | ; | 248.51 | 248.51 |
| | | 259659284 1, | 2/25/2016 | 0 | 0 | ; | 754.44 | 754.44 |
| | | 652968283 | 2/25/2016 | 0 | 0 | ; | 335.35 | 335.35 |
| | | 262068285 1, | 2/29/2016 | 0 | 0 | ; | 241.6 | 241.6 |
| Total for APS | | | | 0.00 | 0.00 | 0.01 | 1,579.91 | 1,579.91 |
| CENTURY | CenturyLink | 480-443-8200 | 1/5/2016 | 0 | 0 | ; | 1.63 | 1.63 |
| | | 623-584-1151 | 2/17/2016 | 0 | 0 | ; | 1,105.53 | 1,105.53 |
| Total for CENTURY | | | | 0.00 | 0.00 | 0.01 | 1,107.16 | 1,107.16 |
| CityRichmond | City of Richmond | 720220-0297 | 2/11/2016 | 0 | 0 | ; | 14.38 | 14.38 |
| | | 720220-0297 | 2/11/2016 | 0 | 0 | ; | 460.84 | 460.84 |
| | | 720220-0297 | 2/11/2016 | 0 | 0 | ; | 464.02 | 464.02 |
| Total for CityRichmond | | | | 0.00 | 0.00 | 0.01 | 939.24 | 939.24 |
| ComcastVA | Comcast Communications | 09592 83569; | 2/1/2016 | 0 | 0 | ; | 293.73 | 293.73 |
| Total for ComcastVA | | | | 0.00 | 0.00 | 0.01 | 293.73 | 293.73 |

Company Name: New Dawn Assisted Living Holding Co LLC
Report Name: Vendor Aging Report
As of Date: 5/31/2016
Created On: 6/14/2016
Location: HC--New Dawn Assisted Living Holding Co LLC

As of Date: 05/31/2016

| Vendor ID | Vendor Name | Bill | Bill Date | 0-30 | 31-60 | 61-90 | 91- | Total |
|---|---|---|---|---|---|---|---|---|
| COX | Cox Communications Phoeni | 001 8501 206 | 2/5/2016 | 0 | 0 | 0 | 378.13 | 378.13 |
| Total for COX | | | | 0.00 | 0.00 | 0.00 | 378.13 | 378.13 |
| DELAGE | De Lage Landen Financial Se | 48165532 | 12/6/2015 | 0 | 0 | 0 | 1,742.70 | 1,742.70 |
| | | 48593027 | 1/9/2016 | 0 | 0 | 0 | 1,811.26 | 1,811.26 |
| Total for DELAGE | | | | 0.00 | 0.00 | 0.00 | 3,553.96 | 3,553.96 |
| EPCOR | Epcor Water | 0685668 1/11 | 2/10/2016 | 0 | 0 | 0 | 503.23 | 503.23 |
| Total for EPCOR | | | | 0.00 | 0.00 | 0.00 | 503.23 | 503.23 |
| FedEx | FedEx | 5-342-75602 | 3/7/2016 | 0 | 0 | 14.33 | 0.00 | 14.33 |
| Total for FedEx | | | | 0.00 | 0.00 | 14.33 | 0.00 | 14.33 |
| First Insur | First Insurance Funding Corp | 900-1302025 | 1/14/2016 | 0 | 0 | 0 | 153.02 | 153.02 |
| | | 900-1302116 | 1/25/2016 | 0 | 0 | 0 | 294.64 | 294.64 |
| | | 900-1302116 | 1/25/2016 | 0 | 0 | 0 | 294.44 | 294.44 |
| | | 900-1302025 | 2/12/2016 | 0 | 0 | 0 | 153.02 | 153.02 |
| | | 900-1302116 | 2/23/2016 | 0 | 0 | 0 | 294.64 | 294.64 |
| Total for First Insur | | | | 0.00 | 0.00 | 0.00 | 1,189.96 | 1,189.96 |
| | James City Service Authorith | 0320246980 1 | 1/26/2016 | 0 | 0.00 | 0 | 790 | 790 |
| Total for jamescity-service au | | | | 0.00 | 0.00 | 0.00 | 790.00 | 790.00 |
| Luxterra | Luxterra Electrical Inc | 23009 DC | 1/12/2016 | 0 | 0 | 0 | 3,000.00 | 3,000.00 |
| Total for Luxterra | | | | 0.00 | 0.00 | 0.00 | 3,000.00 | 3,000.00 |
| MutOmaha | Mutual of Omaha | 01 15 2016 | 1/15/2016 | 0 | 0 | 0 | 850.66 | 850.66 |
| Total for MutOmaha | | | | 0.00 | 0.00 | 0.00 | 850.66 | 850.66 |

Company Name: New Dawn Assisted Living Holding Co LLC
Report Name: Vendor Aging Report
Report's Name: 5/31/2016
As of Date: 5/31/2016
Created On: 6/14/2016
Location: HC--New Dawn Assisted Living Holding Co LLC

As of Date: 05/31/2016

| Vendor ID | Vendor Name | Bill | Bill Date | 0-30 | 31-60 | 61-90 | 91- | Total |
|---|---|---|---|---|---|---|---|---|
| NEOPLANDS | Neopost USA Inc | 53520363 | 12/17/2015 | 0 | 0 | 0 | 21.25 | 21.25 |
| | | 53608526 | 1/16/2016 | 0 | 0 | 0 | 21.31 | 21.31 |
| | | 53680399 | 2/15/2016 | 0 | 0 | 0 | 23.45 | 23.45 |
| Total for NEOPLANDS | | | | 0.00 | 0.00 | 0.00 | 66.01 | 66.01 |
| REAL | RealPage, Inc. | 11601049002 | 1/20/2016 | 0 | 0 | 0 | 267.12 | 267.12 |
| | | 11601049004 | 1/20/2016 | 0 | 0 | 0 | 267.12 | 267.12 |
| Total for REAL | | | | 0.00 | 0.00 | 0.00 | 534.24 | 534.24 |
| SOUTGAS | Southwest Gas Corporation | 421 7717285 | 1/24/2016 | 0 | 0 | 0 | 339.77 | 339.77 |
| | | 421 7717271 | 1/24/2016 | 0 | 0 | 0 | 677.11 | 677.11 |
| | | 421 7717290 | 2/24/2016 | 0 | 0 | 0 | 141.2 | 141.2 |
| Total for SOUTGAS | | | | 0.00 | 0.00 | 0.00 | 1,158.08 | 1,158.08 |
| Trantas | Tony Trantasq | 3152016 | 3/15/2015 | 0 | 0 | 26,730.00 | 0 | 26,730.00 |
| Total for Trantas | | | | 0.00 | 0.00 | 26,730.00 | 0.00 | 26,730.00 |
| Vret | Peter and Vasiliki Vretiakos | 3152015 | 3/15/2016 | 0 | 0 | 8,100.00 | 0.00 | 8,100.00 |
| Total for Vret | | | | 0.00 | 0.00 | 8,100.00 | 0.00 | 8,100.00 |
| Xerox | Xerox Financial Services LLC | 471700 | 2/10/2016 | 0 | 0 | 0 | 752.54 | 752.54 |
| Total for Xerox | | | | 0.00 | 0.00 | 0 | 752.54 | 752.54 |
| | | | | 0.00 | 0.00 | 34,864.35 | 19,334.99 | 54,169.22 |

# CASE STATUS

## QUESTIONNAIRE

|  | YES | NO |
|---|---|---|
| Have any funds been disbursed from any accounts other than a Debtor-in-Possession account? |  | X |
| Are any post-petition receivables (accounts, notes or loans) due from related parties? |  | X |
| Are any wages past due? |  | x |
| Are any U. S. Trustee quarterly fees delinquent? |  | x |

Provide a detailed explaination of any "YES" answers to the above questions:  (attach additional sheets if needed)

Current number of employees:  ___2___

**INSURANCE**

| Carrier & Policy Number | Type of Policy | Period Covered | Payment Amount & Frequency |
|---|---|---|---|
| James River Ins. Co. | Property/ Gen Liability | 06/13/2016-09/12/2016 | Paid out of Holding Co |
|  |  |  |  |
|  |  |  |  |

**What steps have been taken to remedy the problems which brought on the chapter 11 filing?**

Currently assessing and evaluating all options

**Identify any matters that are delaying the filing of a plan of reorganization:**

Potential DIP financing, global settlement and/or 363 Sale

Page 7

# DISBURSEMENT DETAIL

**SEE ATTACHED**

| | |
|---|---|
| **Month:** | Jun-16 |
| **Account #** | 9354 |

**Bank Name** Alliance

| Cash/Electronic Disbursements | | | |
|---|---|---|---|
| Date | Payee | Purpose | Amount |
| | | None | |
| | | | |
| | | | |
| | | | |
| | | Total Cash/Electronic Disbursements | |

| CHECKS ISSUED | | | | |
|---|---|---|---|---|
| Check Number | Date | Payee | Purpose | Amount |
| | | | None | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Total checks listed on this page | | | | 0 |
| Total checks listed on continuation pages | | | | 0 |

| TOTAL DISBURSEMENTS FOR THE MONTH (include cash/electronic disbursements) | | 0 |
|---|---|---|

Page 8

New Dawn Assisted Living Holding Co LLC

Bank Register

7/11/2016

HC--New Dawn Assisted Living Holding Co LLC

| Transaction Di | Description | Transaction | Ref Number | Credit |
|---|---|---|---|---|
| Aliance - Aliance - Account No: 9354 | | | | |
| | Beginning Balance: | | | |
| 6/7/2016 | DHaydon - Dennis R Haydon | 180 | 2 weeks Payroll | 2,000.00 |
| 6/7/2016 | elayne - Elayne Schermerhorn | 181 | 2 weeks Payroll | 2,000.00 |
| 6/7/2016 | MRuby - Mark Ruby | 182 | 3 weeks tours & security | 1,151.52 |
| 6/11/2016 | Horizon - Horizon Insurance Group, Inc | 183 | Property and Liability Ins | 18,142.56 |
| 6/17/2016 | DHaydon - Dennis R Haydon | 184 | Payroll | 1,000.00 |
| 6/20/2016 | elayne - Elayne Schermerhorn | 186 | Payroll | 1,000.00 |
| 6/21/2016 | Aetna | EFT | Health Insurance 3 mths | 4,996.86 |
| 6/24/2016 | DHaydon - Dennis R Haydon | 187 | Payroll | 1,000.00 |
| 6/24/2016 | elayne - Elayne Schermerhorn | 188 | Payroll | 1,000.00 |
| 6/30/2016 | DHaydon - Dennis R Haydon | 189 | Payroll | 1,000.00 |
| 6/30/2016 | ESchermerhorn - Elayne Schermerhorn | 190 | Payroll | 1,000.00 |
| 6/30/2016 | Horizon - Horizon Insurance Group, Inc | 191 | Add'l ins liability premium | 1,032.00 |
| | | | | 35,322.94 |

# Alliance Bank
### OF ARIZONA

PO Box 26237 • Las Vegas, NV 89126-0237

**ACCOUNT STATEMENT**

SCOTTSDALE/PARADISE VALLEY
6263 N SCOTTSDALE ROAD, STE 100
SCOTTSDALE AZ 85250
480-998-6500

Page    1 of 3

www.alliancebankofarizona.com

NEW DAWN ASSISTED LIVING HOLDING CO LLC
CHAPTER 11 DIP 2:15-BK-15085-DPC
7655 E GELDING DR STE A-3
SCOTTSDALE AZ 85260

## SUMMARY OF ACCOUNTS

|  | Account Number | Balance |
|---|---|---|
| PRIME CHECKING ACCOUNT | ****9354 | 38,741.21 |
| Total: |  | 38,741.21 |

## PRIME CHECKING ACCOUNT

| MINIMUM BALANCE | 38,741.21 | LAST STATEMENT 05/31/16 | 71,588.31 |
|---|---|---|---|
|  |  | CREDITS | .00 |
|  |  | 10 DEBITS | 32,847.10 |
|  |  | THIS STATEMENT 06/30/16 | 38,741.21 |

## CHECKS

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 175* | 06/07 | 556.16 | 182 | 06/10 | 1,151.52 | 186 | 06/21 | 1,000.00 |
| 180 | 06/09 | 2,000.00 | 183 | 06/14 | 18,142.56 | 187 | 06/28 | 1,000.00 |
| 181 | 06/09 | 2,000.00 | 184* | 06/20 | 1,000.00 | 188 | 06/28 | 1,000.00 |

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

## OTHER DEBITS

| Date | Description | Amount |
|---|---|---|
| 06/21 | AETNA SM GRP CIP SM GRP 91314111 | 4,996.86 |

## INTEREST

| AVERAGE LEDGER BALANCE: | .00 | INTEREST EARNED: | .00 |
|---|---|---|---|
| INTEREST PAID THIS PERIOD: | .00 | DAYS IN PERIOD: |  |
|  |  | ANNUAL PERCENTAGE YIELD EARNED: | .00% |

**To Reconcile Your Checking Account:**
1. Subtract from your checkbook balance any service charge, fees, preauthorized automatic payments or transfers, withdrawals (including ATM) which have been deducted on this statement.
2. Compare and check off paid checks against your checkbook record. Note: An * on your statement indicates a break in check sequence.
3. List checks not accounted for in the section marked "Checks Outstanding" and complete the statement of reconciliation.

| CHECKS OUTSTANDING | | | | | | STATEMENT OF RECONCILIATION | |
|---|---|---|---|---|---|---|---|
| Number | Amount | Number | Amount | Number | Amount | Ending balance from this statement | $ |
| | | | | | | ADD deposits made but not shown on this statement | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | SUB TOTAL | |
| | | | | | | SUBTRACT TOTAL CHECKS OUTSTANDING | |
| TOTAL CHECKS OUTSTANDING | | | | | $ | TOTAL Should agree with your checkbook balance | $ |

If the total does not agree with your checkbook balance, the difference may be located by (1) checking the addition and subtraction in your checkbook record, (2) making sure each check and deposit was entered correctly in your record, (3) reviewing each step in the balancing procedure.

### IMPORTANT INFORMATION ABOUT REVIEWING YOUR STATEMENT
You are responsible for promptly examining your statement each statement period and reporting any irregularities to us. The periodic statement will be considered correct for all purposes and we will not be liable for any payment made and charged to your Account unless you notify us in writing within certain time limits after the statement and checks are made available to you. We will not be liable for any check that is altered or any signature that is forged unless you notify us within thirty (30) calendar days after the statement is made available. Also, we will not be liable for any subsequent items paid, in good faith, containing an unauthorized signature or alteration by the same wrongdoer unless you notify us within thirty (30) calendar days after the statement is made available. If you have requested us to hold your Account statements, we have the right to mail your statements if you have not claimed them within thirty (30) calendar days. If we truncate your checks or provide you with an image of your checks, you understand that your original checks will not be returned to you with your statement. You agree that our retention of checks does not alter or waive your responsibility to examine your statements or change the time limits for notifying us of any errors.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
Write us at One E Washington Street, Suite 100, Phoenix, AZ 85004, telephone us at (877) 273-2265 or E-mail us at inquiries@alliancebankofarizona.com as soon as you think your statement or receipt is wrong or if you need more information about a transfer on this statement. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. In your letter:
- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this (or 20 business days for a new account), we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### METHOD USED TO DETERMINE THE BALANCE ON WHICH THE INTEREST CHARGE WILL BE COMPUTED
*Consumer Revolving Lines of Credit* – We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances and fees and subtract any unpaid interest charges and any payments or credits. This gives us the daily balance.
**The Annual Percentage Rate and Daily Periodic Rate may vary.**

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR BILL
If you think there is an error on your statement, write to us at: Western Alliance Bank, 2701 E. Camelback Rd. Suite 110, Phoenix, AZ 85016
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**NOTICE OF FURNISHING NEGATIVE INFORMATION** – We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**DIRECT DEPOSITS** – If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you can call us at (877) 273-2265 to find out if the deposit has been made.



| ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES | | |
|---|---|---|
| | Total for This Period | Total Year To Date |
| Total Overdraft Fees | $.00 | $.00 |
| Total Returned Item Fees | $.00 | $.00 |

## DAILY BALANCE

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 06/07 | 71,032.15 | 06/14 | 47,738.07 | 06/28 | 38,741.21 |
| 06/09 | 67,032.15 | 06/20 | 46,738.07 | | |
| 06/10 | 65,880.63 | 06/21 | 40,741.21 | | |

## Check # 175 Date 06072016 Amount 556.16



## Check # 180 Date 06092016 Amount 2000.00



## Check # 181 Date 06092016 Amount 2000.00



## Check # 182 Date 06102016 Amount 1151.52

## Check # 183 Date 06142016 Amount 18142.56



## Check # 184 Date 06202016 Amount 1000.00



## Check # 186 Date 06212016 Amount 1000.00



## Check # 187 Date 06282016 Amount 1000.00



## Check # 188 Date 06282016 Amount 1000.00

